

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2019

No. 04-18-00629-CR

Kevin Apolinar **JOHNS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR2450
Honorable Joey Contreras, Judge Presiding

# O R D E R

The appellant's brief was originally due to be filed on November 28, 2018. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief by forty-five days to January 14, 2019. On January 11, 2019, the appellant filed a motion requesting an additional extension of time to file the brief until January 28, 2019, for a total extension of sixty days. The motion is GRANTED. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The appellant's brief must be filed by January 28, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court